UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
RUTH PREZA and IRMA HUERTA, : 14 Civ. 0138 (ERK) (RML)

Individually and on Behalf of All Others :
Similarly Situated,
:
                                     Plaintiffs, : **STIPULATION OF DISMISSAL**
: **WITH PREJUDICE**
      - against - :

TACO MEX INC., TACO MEX II INC., TEX :
MEX INC., TEX MEX II INC., TEX MEX III INC. :
d/b/a TACOS MATAMOROS and ARMANDO :
MUNOZ,
:
                                  Defendants. :
----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this action is hereby dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

Dated: New York, New York
         February __, 2015

Levy Davis & Maher, LLP

By: _____

Jonathan A. Bernstein
39 Broadway, Suite 1620
New York, New York 10006
(212) 371-0033
jbernstein@levydavis.com
Attorneys for Plaintiffs

Dated: Uniondale, New York
         February __, 2015

Rivkin Radler LLP

By: _____

Scott Green, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
Scott.Green@rivkin.com
Attorneys for Defendants

SO ORDERED:
/s/ Judge Edward R. Korman
_____
Edward R. Korman, U.S.D.J.

2/11/15
_____
Date